UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

NICOLE L. BOETTGER,

Plaintiff,

v.

LENDING DOLLARS, LLC,

Defendant.

Case No. 2:20-cv-00134

Honorable Judge Pamela Pepper

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Nicole L. Boettger, and Defendant, Lending Dollars, LLC, through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Plaintiff reserves her rights to pursue her respective claims in arbitration in accordance with that certain Consumer Installment Loan Agreement between Plaintiff and Defendant, as signed by Plaintiff on July 12, 2019, and including, but not limited to, that certain Waiver of Jury Trial and Arbitration Provision, as signed separately by Plaintiff on July 12, 2019. Defendant reserves all of its rights, claims, and defenses with respect to any such arbitration.

Dated: April 29, 2020

Respectfully Submitted,

| **NICOLE L. BOETTGER** | **LENDING DOLLARS, LLC** |
|---|---|
| */s/Marwan R. Daher* | */s/ Brett A. Rendeiro (with consent)* |
| Marwan R. Daher | Brett A. Rendeiro |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, Ltd. | Butzel Long, P.C. |
| 2500 S. Highland Ave., Ste. 200 | 150 W. Jefferson Ave., Suite 150 |
| Lombard, Illinois 60148 | Detroit, Michigan 48226 |
| Phone: (630) 575-8181 | Phone: (248) 258-312 |
| mdaher@sulaimanlaw.com | rendeiro@butzel.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher